**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00476-CV

## IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

We **GRANT** appellant's September 5, 2014 second motion for an extension of time to file a brief.  Appellant shall file her brief **on or before OCTOBER 6, 2014**.

We **CAUTION** appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/ ADA BROWN
   JUSTICE